# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MILLARD C. BIBEY, III | : | |
| Plaintiff, | : | NO.: 16-5388 |
| v. | : | |
| SIKORSKY AIRCRAFT CORP., ET AL. | : | **JURY TRIAL DEMANDED** |
| Defendants. | : | |

## ORDER

AND NOW this _____ day of _____, 2017, upon consideration of Plaintiff's Motion for Enlargement of Time to Respond to Defendants' Motion to Dismiss (Docket No. 18), and any Response thereto, it is hereby ORDERED and DECREED that Plaintiff's Motion for Enlargement is GRANTED, pending the adjudication of Plaintiff's Motion to Amend Complaint.

**AND IT IS SO ORDERED**.

_____
Mitchell S. Goldberg                ,J.

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MILLARD C. BIBEY, III | : | |
| Plaintiff, | : | NO.: 16-5388 |
| v. | : | |
| SIKORSKY AIRCRAFT CORP., ET AL. | : | **JURY TRIAL DEMANDED** |
| Defendants. | : | |

## PLAINTIFF'S MOTION FOR ENLARGEMENT TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

Pending before this Honorable Court in the above-captioned matter is Plaintiff's action in employment discrimination, *inter alia*.

Defendants have filed their Motion to Dismiss Plaintiff's First Amended Complaint. (Docket No. 18).

Plaintiff has filed his Motion to Amend the Complaint. (Docket No. 23).

This Motion for Enlargement is timely. The aforesaid constitutes *good cause*. FRCP 6.

Plaintiff respectfully requests enlargement of time to respond pending the adjudication of Plaintiff's Motion to Amend.

WHEREFORE, Plaintiff respectfully requests enlargement of time to respond to Defendants' Motion consistent with the attached proposed order.

**WEISBERG LAW**

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MILLARD C. BIBEY, III | : | |
| Plaintiff, | : | NO.: 16-5388 |
| v. | : | |
| SIKORSKY AIRCRAFT CORP., ET AL. | : | **JURY TRIAL DEMANDED** |
| Defendants. | : | |

## **CERTIFICATE OF SERVICE**

I, Matthew B. Weisberg, Esquire, hereby certify that on this 30th day of March, 2017, a true and correct copy of the foregoing Plaintiff's Motion for Enlargement of Time to File Response to Defendants' Motion to Dismiss was served via e-filing upon the following parties:

Anthony S. Califano, Esq.
Seyfarth Shaw, LLP
Two Seaport Lane
Suite 300
Boston, MA 02210

Jacob Oslick, Esq.
Seyfarth Shaw, LLP
620 8th Avenue, 31st Floor
New York, NY 10018

James L. Curtis, Esq.
Seyfarth Shaw, LLP
131 S Dearborn St., Suite 2400
Chicago, IL 60603

**WEISBERG LAW**

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
Attorney for Plaintiff