IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MILLARD C. BIBEY, III,**<br>　　　　**Plaintiff,**<br><br>**v.**<br><br>**SIKORSKY AIRCRAFT CORP., ET AL.,**<br>　　　　**Defendants.** | **CIVIL ACTION**<br><br>No. 16-5388 |

## SCHEDULING ORDER

**AND NOW**, this 19th day of October, 2017, following a preliminary pretrial conference, it is **ORDERED** that:

1. This case is referred to Magistrate Judge David R. Strawbridge for settlement purposes. Judge Strawbridge will contact counsel to initiate the settlement process.

2. All motions to amend the complaint and to join or add additional parties shall be filed within fourteen (14) days of the date of this Order.

3. All fact discovery shall be completed by **February 7, 2018**.

4. Plaintiffs shall produce their expert report(s) by **March 7, 2018**. Defendants shall produce their expert report(s) by **March 28, 2018**. Plaintiffs' expert witness rebuttal reports (if necessary) shall be produced by **April 18, 2018**. All expert discovery, including all depositions of expert witnesses, shall be completed by **May 16, 2018**.

1

5. All motions for summary judgment and *Daubert* motions shall be filed no later than **May 30, 2018**.

6. Responses to motions for summary judgment and *Daubert* motions, if any, shall be filed no later than **June 20, 2018**.

7. All further deadlines will be set pending the outcome of dispositive motions.

                               **BY THE COURT:**

                               **/s/ Mitchell S. Goldberg**
                               _____
                               **Mitchell S. Goldberg, J.**